# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-02533-REB-CBS

JOHN RECCHIO,

     Plaintiff,

v.

TRULIA, INC.,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#15][1] filed April 9, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#15] filed April 9, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set July 25, 2014, are **VACATED**;

3. That the jury trial set to commence August 18, 2014, is **VACATED**; and

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 10, 2014, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge